# THE SEGREST LAW FIRM

*Attorneys at Law*

**Philip Dale Segrest**
(of counsel)

Email: Dale.Segrest@SegrestLaw.com

17 Sistrunk Street
PO Box 780791
Tallassee, AL 36078-0791
Phone: 334-252-0036
Fax: 334-252-0037
www.SegrestLaw.com

John Michael Segrest

Email: Mike.Segrest@SegrestLaw.com

RECEIVED
2021 AUG -5 P 12: 35
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2021 AUG -5 P 12: 35
RECEIVED

August 2, 2021

Ms. Debra Hackett
Clerk of Court
United States District Court
One Church Street
Montgomery, AL 36104

RE:   Johns v. Marsh & McLennan Agency, LLC
3:19-cv-687-ECM

Dear Ms. Hackett:

Thank you for your letter of July 28, 2021, regarding Judge Marks' potential conflict of interest in the above matter. On behalf of my client, please be advised that we have no objection to the rulings made by Judge Marks in this matter, and waive any conflict of interest.

Very truly yours,

Mike Segrest

MS:th

Confidentiality Notice

The above information and any document(s) accompanying this cover sheet contain confidential information which is legally privileged. The information is intended only for the use of the intended recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information, except its direct delivery to the intended recipient named above, is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone to arrange for return of the original documents to us. Thank you.

The Segrest Law Firm
P.O. Box 780791
Tallassee, AL 36078

MONTGOMERY AL 360

3 AUG 2021 PM 3 L

FOREVER / USA



Ms. Debra Hackett
Clerk of Court
United States District Court
One Church Street
Montgomery, AL 36104

36104-401801